**\*E-FILED 10-21-2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE R. CARNERO and MARTA C. CARNERO,<br><br>    Plaintiffs,<br>  v.<br><br>EMC MORTGAGE CORP (EMC), CHASE BANK, NATIONAL DEFAULT SERVICING CORPORATION (NDSC), CHICAGO TITLE COMPANY, REAL TIME RESOLUTIONS, INC., RANDY MIGUEL DOING BUSINESS AS WIRE FINANCIAL, DOES 1-100, inclusive,<br><br>    Defendants.<br>_____/ | No. C09-04696 HRL<br><br>**ORDER RE PLAINTIFFS' REQUEST RE NOTICE OF LIS PENDENS**<br><br>**[Re: Docket No. 3]** |

Pursuant to Cal. Code Civ. Proc. § 405.21, pro se plaintiffs Jose and Marta Carnero seek this court's approval of their Notice of Lis Pendens ("Notice"), a copy of which is appended to this order. The plaintiffs' complaint appears to potentially affect title to or the right to possession of the real property described in the proposed Notice. Therefore, the Notice is approved. However, the plaintiffs are advised that this approval is not to be construed as a suggestion by this court that any of the claims made in the complaint necessarily have merit, and defendants may upon a proper showing ask for an order expunging the Lis Pendens and/or dismissing the complaint. Likewise, this court intends that the approval applies only with respect to the action pending before it, and not to plaintiffs' reported California state court

action apparently involving the same real property.

SO ORDERED.

Dated: October 21, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | A copy of this order mailed to:

2 | Jose and Marta Carnero
  | 1558 Minnesota Avenue 1 / 2
3 | San Jose, CA 95125-4445

Jose R. & Marta C. Carnero - Pro Se  Honorable Judge Howard R. Lloyd
1558 Minnesota Ave. 1/2
San Jose, CA 95125
Telephone: (408)269-2954

**RECEIVED OCT 1 4 2009**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE CIVIL DIVISION

| | |
|---|---|
| Jose R. Carnero & Marta C. Carnero, | ) Case No.: C09 04696 HRL ) ) |
| Plaintiff, | ) **REQUEST A SIGNED ORDER FROM** |
| Vs. | ) **HONORABLE JUDGE HOWARD R. LLOYD** |
| EMC Mortgage Corp (EMC), Chase Bank, National Default Servicing Corporation (NDSC), Chicago Title Company, Real Time Resolutions, INC., Randy Miguel doing business as Wire Financial, DOES 1-100 inclusive, | ) **REGARDING NOTICE OF LIS** ) **PENDENS.** ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF LIS PENDENS

**TO THE ABOVE STYLED DEFENDANTS AND ALL OTHER WHOM IT MAY CONCERN:**

**YOU ARE HEREBY NOTIFIED** of the institution of this action by the Plaintiff against you seeking to foreclose a

**Case No.: C09 04696 HRL**

Carneros vs. EMC/Chase                                                  1-4

mortgage recorded on 06/29/2007 as Instrument No. 19488813 of the office of the Recorder on the following property of Santa Clara County, California:

1558 Minnesota Ave. San Jose, California. See appendix A, for a legal description.

**NOTICE IS HEREBY GIVEN** that an action has been instituted and is now pending in the Superior Court of the USA District Court Northern District of California Case Number C0904696 and in the State of California Case Number 19CV154682 against the above-named Defendant.

Honorable Judge, please approve this notice as soon as possible because our primary house has a recorded trustee sale schedule for this October 30th 2009. EMC, CHASE, and NDSC have ignored the complaint filed against them in Federal Court. However the same case has been already filed in State Court.

*Jose R. Carnero* 10-14-09
Jose R. Carnero

*Marta C. Carnero* 10-14-09
Marta C. Carnero


Jose R. & Marta C. Carnero – Pro Se
1558 Minnesota Ave. 1/2
San Jose, CA 95125
Telephone: (408)269-2954

**Case No.: C09 04696 HRL**

## ORDER OF COURT

____ File Stamp

____ Place in File - No Action Required

____ Scheduled Hearing

_X_ Order(s) as Follows

---

_____

_____

_____

---------------------------------------------   -----------
Judicial Officer - HOWARD R. LLOYD              Date

The Plaintiffs have enclosed a self-addressed stamp envelope for the order to be sent to Jose R. Carnero and Marta C. Carnero at 1558 Minnesota Ave. 1/2 San Jose CA. 95125-4445

**Case No.: C09 04696 HRL**

Carneros vs. EMC/Chase                                    3-4

**CERTIFICATION OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing had been furnished by U.S. Certified Mail:

1. 7008 3230 0002 9239 5298. EMC Mortgage Corporation, P.O. Box 293150, Lewisville, TX 75029-3150, the _____ day of _____ _____, 2009.
2. 7008 3230 0002 9239 5304. Chase Bank, Community Outreach Services, 3415 Vision Drive OH4-7376, Columbus, OH 43219, the _____ day of _____, 2009.
3. 7008 3230 0002 9239 5311. National Default Servicing Corporation, 7720 N. 16th Street, Suite 300, Phoenix, Arizona 85020, the _____ day of _____, 2009.
4. 7008 3230 0002 9239 5281. Chicago Title, 26 South Hillview Avenue, Milpitas, CA 95035, the _____ day of _____, 2009.
5. 7008 3230 0002 9239 5328. Real Time Resolutions, Inc 1750 Regal Row, Suite 120, Dallas, TX 75235-2287, the _____ day of _____, 2009.
6. 7008 3230 0002 9239 5274. Randy Miguel, 4354 Town Center BLVD. 114-288, El Dorado Hills, CA 95762, the _____ day of _____, 2009.

_____          _____
Jose R. Carnero        Date           Marta C. Carnero       Date

**Case No.: C09 04696 HRL**

Exhibit A

All that certain real property situated in the City of San Jose, County of Santa Clara, State of California, described as follows:

BEGINNING at a point in the center line of Minnesota Avenue (formerly Isabel Drive), 50 feet wide, distant thereon 88° 10' East 422.70 feet from the point of intersection of the said center line of Minnesota Avenue (formerly Isabel Drive), with the center line of Meridian Avenue; thence along the center line of Minnesota Avenue (formerly Isabel Drive), North 88° 10' East 45 feet; thence leaving said line and running parallel with the center line of Meridian Avenue, South 181 feet; thence parallel with the center line of Minnesota Avenue (formerly Isabel Drive) South 88° 0' West 45 feet; thence North 181 feet to the point of beginning, and being a part of the Los Coches Rancho.

EXCEPTING THEREFROM so much thereof as lies within the bounds of Minnesota Avenue (formerly Isabel Drive), as described in the Deed from C.D. Geer, etal, to the County of Santa Clara, a body politic and corporate and a political subdivision of the State of California, dated April 17, 1959, and recorded May 15, 1959 in Book 933, Page 136, Official Records.

Commonly known as        1558 – 1558 ½ Minnesota Avenue
APN:                     429-50-032