WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Nicole K. Neff, Esq., SBN 257964
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Carnero/Declaration of Non-Monetary Status)*
Tel. (949) 477-5050; Fax (949) 477-9200
rwright@wrightlegal.net

Attorneys for Defendant,
NATIONAL DEFAULT SERVICING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| JOSE R. CARNERO AND MARTA C. CARNERO,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC MORTGAGE CORP, CHASE BANK, NATIONAL DEFAULT SERVICING CORPORATION, CHICAGO TITLE COMPANY, REAL TIME RESOLUTIONS, INC., RANDYMIGUEL doing business as WIRE FINANCIAL, DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 5:09-cv-04696-JF<br><br>**DECLARATION OF NON-MONETARY STATUS BY DEFENDANT NATIONAL DEFAULT SERVICING CORPORATION**<br><br>**[*Civil Code* 2924*l*]** |

I, Olivia Todd, declare and state as follows:

1. I am President for Defendant, NATIONAL DEFAULT SERVICING CORPORATION ("NDSC" or "Defendant") in the above-referenced action. I have personal knowledge of the facts set forth herein, and if called upon to do so, I would and could competently testify thereto.

2. On October 1, 2009, Plaintiffs, Jose R. Carnero and Marta C. Carnero ("Plaintiff"), filed a Complaint ("Complaint") in the Northern District of California for Injunctive Relief, Declaratory Relief and Damages. The Complaint arises out of a loan

involving the borrower and the lender. NDSC is simply the foreclosure trustee ("Trustee"), with the power to foreclose on the property that arises from the Deed of Trust securing the loan.

3. Based on my review of Plaintiffs' Complaint, it is my reasonable belief that NDSC has been named in this action solely in its capacity as Trustee, and not arising out of any wrongful acts or omissions on its part in the performance of its duties as Trustee. The basis for my reasonable knowledge or belief set forth above is that NDSC has not been involved in any way with the property which is the subject of this lawsuit outside of its capacity as Trustee, and has no interest in the property, except to be named as the Trustee under the deed of trust encumbering the property by way of Substitution of Trustee. The trustee's conduct, including the recording of the substitution of trustee and foreclosure notices, is *privileged* pursuant to *Civil Code* §§47 and 2924(d).

4. I am not aware of any evidence produced to date by Plaintiff or the remaining Defendants, or of any facts, documents, or testimony tending to suggest that NDSC engaged in any misconduct in connection with the performance of its duties as Trustee. Pursuant to *Civil Code* §2924(b) the foreclosure trustee incurs no liability for reliance in good faith on information provided in good faith by the beneficiary regarding the nature and amount of the default under the secured obligation. Further, pursuant to *Civil Code* §2924(b), foreclosure trustees are not subject to the California Rosenthal Act.

5. The Complaint makes no credible allegations that NDSC failed to perform any of its duties as a Trustee, and a review of NDSC's file confirms that NDSC complied with the applicable foreclosure statutes. None of the remaining Defendants filed a Cross-Complaint against NDSC alleging any defect in the performance of its duties as trustee, either under the Deed of Trust, or the applicable statutes set forth in *Civil Code* §2924, et seq.

///

///

///

6. Given the foregoing facts, NDSC hereby agrees to be bound by whatever non-monetary Order or Judgment that this Court issues with regard to the Deed of Trust which is the subject of this lawsuit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of November, 2009, at Phoenix, Arizona.

Olivia Todd, Declarant

**PROOF OF SERVICE**

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On November 6, 2009, I served the within **DECLARATION OF NON-MONETARY STATUS OF DEFENDANT NATIONAL DEFAULT SERVICING CORPORATION** on all interested parties in this action as follows:

[X] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Marta C. Carnero
1558 Minnesota Avenue ½
San Jose, CA 95125-4445
408-269-2954
Plaintiff in Pro Per

[X ] (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ] (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.

[ ] (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[x] (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2009, at Newport Beach, California.

Gretchen Grant