```
                                              Honorable Judge Jeremy Fogel
 1  Jose R. & Marta C. Carnero  - Pro Se
    1558 Minnesota Ave. 1/2
 2  San Jose, CA 95125-4445
    Telephone: (408)269-2954
 3                                            Filed

 4                                            MAR 0 4 2010

 5                                            RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
 6        IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
                         CALIFORNIA SAN JOSE DIVISION
 7
```

| | |
|---|---|
| Jose R. Carnero & Marta C. Carnero, | Case No.: C 09-04696 JF (HRL) |
| Plaintiff, | **EX PARTE APPLICATION AND** |
| Vs. | **SUPPORTING DECLARATION OF** |
| EMC MORTGAGE CORP (EMC), CHASE BANK, NATIONAL DEFAULT SERVICING CORPORATION (NDSC), CHICAGO TITLE COMPANY, REAL TIME RESOLUTIONS, INC., RANDY MIGUEL DOING BUSINESS AS WIRE FINANCIAL, JPMORGAN CHASE BANK,, LUKE WEAVER, DOING BUSINESS AS WORLDWIDESAVERS.COM HOME LOANS, WORDLWIDESAVERS.COM HOME LOANS, NEW CENTURY MORTGAGE CORPORATION, FIDELITY NATIONAL TITLE COMPANY, HOMEQ SERVICE COMPANY, DEUTSCHE/BARCLAYS NATIONAL TRUST COMPANY, TD SERVICE COMPANY, BARCLAYS CAPITAL REAL STATE INC, AND DOES 1-100, INCLUSIVE, Defendants. | **PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE PRELIMINARY INJUNCTION; CERTIFICATION RE NOTICE AND ORDER MOTION; DECLARATION OF PLAINTIFFS IN SUPPORT OF APPLICATION; MEMORANDUM OF POINTS AND AUTHORITIES;**<br><br>**Date:** 03-08-2010<br>**Time:** 9:00 AM<br>**Judge:** Jeremy Fogel<br>**Court Room:** 3, 5th floor<br>**Place:** United States District<br>280 South First Street<br>San Jose, CA 95113-1090<br>**Trial Date: Has not Been Set** |

TO HONORABLE JUDGE FOGEL AND TO ALL DEFENDANTS AND OR COURT CLERK. **PLEASE TAKE NOTICE THAT ON** Monday, March 8th, 2010 at 9:00 a.m. or as soonest thereafter as the matter may be heard, because Jose R. Carnero and Marta C. Carnero are in danger in losing their primary property on 1558 Minnesota Ave., San Jose,

---

**Case No.: C09-04696 JF (HRL)** Carneros vs. EMC/Chase

California, 95125 on March 10th 2010 through an illegal and defective Trustee Sale in violation pursuant to California Civil Code 2934(a)(b) which refers to the disclose of the beneficiary who has interest on the Minnesota Property to appear on the public records as Notice of Trustee Sale.

    Plaintiffs moves this court to grant a Temporary Restraining Order and Preliminary Injunction based on this Ex Parte Application on itself, and on the court recorded files such as the contents of the original pleading, contents of the Lis Pendens, the contents of this Application together with Advance Notification and Memorandum of Points and Authorities in Support of Ex Parte Motion, and in general all papers filed in court, to come up with a fair decision. Therefore, the attempt of NDSC to continue the efforts to foreclose and to set the Trustee Sale dates on for property located on Minnesota Avenue. San Jose, California, 95125 must be stopped because NDSC has illegally place the Minnesota with the trustee sales scheduled for 03/10/2010.

_Jose R. Carnero_  03/04/10       _Marta C. Carnero_ 03/4/10
Jose R. Carnero -   Date      Marta C. Carnero - Date

Case No.: C09-4696 JF (HRL) Carneros vs. EMC/Chase

10 Fed Ex Parte TRO & PI - Minnesota 3/4/2010 9:25:32 AM     2-15

I.   APPLICATION .................................................... 4

II.  SUPPORTING DECLARATION OF PLAINTIFFS ........................... 6

III. SUPPORTING DECLARATION OF PLAINTIFFS RE ADVANCE NOTIFICATION ... 8

IV.  MEMORANDUM ON POINTS OF SUPPORT OF EX PARTE APPLICATION ....... 10

V.   CONCLUSION .................................................... 14

**Cases**

Albano v. Norwest Fin. Haw., Inc., 244 F.3d 1061 (9th Cir. 2001) ........... 13

Semar v. Platte Valley Federal Savings & Loan Ass'n ....................... 13

Shalita v. EquiCredit ..................................................... 13

Whitley v. Rhodes ......................................................... 14

**Statutes**

. 15 USC § 1640(a) (4) .................................................... 13

*15 USC § 1635* ............................................................ 5

15 USC § 1639 ............................................................. 14

California Business and Professions Code § 17200 .......................... 14

California Civil Code 2934 (a) (b) ...................................... 4, 7

California Financial Code § 4970 .......................................... 14

Federal Statue 472 ........................................................ 11

Case No.: C09-4696 JF (HRL) Carneros vs. EMC/Chase

## I. APPLICATION

1. Plaintiffs apply for a temporary restraining order restraining all defendants above from selling, invading or trespassing, or soliciting Plaintiffs' primary property located on 1558 Minnesota Ave, San Jose, California, 95125 on March 10th 2010 through an illegal or defective Trustee Sale, see C2 and Exhibit E2, according to California Civil Code 2934 (a)(b).

2. This application is made on the grounds that pursuant to FRCP Rule 17 for the right to the Plaintiffs to apply for an Ex Parte Application.

3. That there is a substantial likelihood of success on the merits of the case. But to the plaintiffs surprise, the Denial of the TRO signed on 12/28/2009 line 14 and 15 which says "Plaintiffs also failed to make a convincing showing that they are likely to succeed on the merits." See Roe, 134 F3d. at 1402 has caused so much emotional loss on the past month that plaintiffs response as follows:

   a. First Plaintiffs have already written extensive material in our original pleading specifying where the Defendants have missed to represent us. Please refer to the filed papers for more information that we indeed have been trying to get relief since April 2009.

   b. The Plaintiffs seek the following forms of relief because Plaintiffs would likely succeed on the merits of their claims

   c. Plaintiffs declares that the Plaintiff validly rescinded the transaction, that the Defendants' security interest is void and the Defendants' secured claim is disallowed;

   d. Plaintiffs also declares that the Defendants' failure to honor the Plaintiff's valid rescission notice in accordance

Case No.: C09-04696 JF (HRL) Carneros vs. EMC/Chase

10 Fed Ex Parte TRO & PI - Minnesota 3/4/2010 9:25:32 AM          4-15

with the dictates of *15 USC § 1635* and MGL c. 140D, § 10 vests in the Plaintiff the right to retain the net loan proceeds and that the Defendant has no allowable unsecured claim;

4. These financial representatives are guilty of outright FRAUD and in order to prove this, it must be done in court and with a Jury. Plaintiffs have already shown enough evidences such as:

   a. The sending of the rescission letter, Exhibit A, filed with original pleading, sent back in April 2009, which was ignored by EMC, Chase, JPMorgan Chase Bank, Fidelity, Real Time Resolutions, Wells Fargo Bank, and NDSC.

   b. Then about June 18, 2009, we sent the Demand Letter, Exhibit H, filed with original pleading, and to talk about a compromise. It was also ignored.

   c. Jose R. Carnero and Marta C. Carnero, plaintiffs, attached to this application, and on attached Memorandum on Points of Support of Ex Parte Application. The Carneros, many times have attempted to refinance, to modify the loan, and try to work with the banks, but there was no help, only unfulfilled Defendants' promises. The evidences are all in the records.

   d. If all of these is not enough to show probable cause and if it doesn't show that the Plaintiffs are entitled for relief, then the Plaintiffs have no choice but to challenge the US court system and US legal due process system which so far seems to be put in place to protect the Banks, Realtors, Realtor Brokers, Title Companies, Servicing Companies, Government, Wall Street Investor, and Trustees and benefit the lawyer at the cost of continuing to punish the honest tax payer citizen through Bailout tax payers

Case No.: C09-4696 JF (HRL) Carneros vs. EMC/Chase

10 Fed Ex Parte TRO & PI - Minnesota 3/4/2010 9:25:32 AM                5-15

monies. This is not only unconstitutional but unconscionable.

5. The Plaintiffs face a substantial threat of irreparable damage or injury if the injunction is not granted. Unless Defendants are restrained and enjoined during the pendency of this litigation from selling the Plaintiffs' primary property, Plaintiffs will suffer irreparable injury because such activities will completely destroy Plaintiffs and family well being due to the predatory lending abuses that defendant committed. Plaintiffs will be irreparably harmed if the Temporary Restraining Order is not granted because a single-family, owner-occupied residence is presumed "unique" because there is no real substitute. Because the Plaintiffs home is unique and has special sentimental value to them, losing it in foreclosure, due to the Defendant's predatory lending abuses, would be unquestionably harmful.

6. That the balance of harms weighs in favor of the party seeking the preliminary injunction. The Defendants have already enriched themselves trough the Plaintiffs as shown in the filed pleading and have also acquired bail out money which came from the Plaintiffs tax payer money.

7. That the grant of an injunction would serve the public interest.

8. We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Jose R. Carnero_  03/04/10     _Marta C. Carnero_  03/04/10
Jose R. Carnero    Date        Marta C. Carnero    Date

## II. SUPPORTING DECLARATION OF PLAINTIFFS

Case No.: C09-04696 JF (HRL) Carneros vs. EMC/Chase

10 Fed Ex Parte TRO & PI - Minnesota 3/4/2010 9:25:32 AM          6-15

1. Jose R. Carnero and Marta C. Carnero - Pro Se, we declare as follows:
2. We are married couple whom are the plaintiffs in this action and make a declaration in support of the plaintiffs' re application for a temporary restraining order and order show cause preliminary injunction.
3. Plaintiffs would move this court for an order in this action to approve a Temporary Restraining Order mentioned below as to restrain Defendants from selling, invading or trespassing, or soliciting the Plaintiffs' primary property located on 1558 Minnesota Ave, San Jose, CA. 95125-4445 as the pleading case No. C09-4696 JF (HRL) specifies that the loan transactions were obtained through fraudulent acts typical of predatory lending abuses in this case through a defective trustee sale in violation pursuant to California Civil Code 2934 (a) (b) processed by NSDC.
4. Please refer to Memorandum on Points of Support of Ex Parte Application and the Statement of facts from the state or federal case for more facts why the restraining order and the preliminary injunction must be granted.
5. Unless a temporary restraining order is granted, a great or irreparable injury will result to the Plaintiffs and Family because our primary property is presumed "unique" because there is no real substitute. Because the Plaintiffs home is unique and has special sentimental value to them, losing it in foreclosure, due to the Defendant's predatory lending abuses, would be unquestionably harmful since the defective trustee sale was processed by NDSC.
6. On or around March 2009, and a number of times since then, the plaintiffs demanded that defendants stop their wrongful (threatened) conduct described above. Defendants have refused,

Case No.: C09-4696 JF (HRL) Carneros vs. EMC/Chase

10 Fed Ex Parte TRO & PI - Minnesota 3/4/2010 9:25:32 AM 7-15

and still refuse, to refrain from their predatory lending abuse conduct.

7. The above facts are within our personal knowledge and we are competent to testify to their truth if called as a witness.

8. We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____    _____
Jose R. Carnero        Date        Marta C. Carnero       Date

### III. SUPPORTING DECLARATION OF PLAINTIFFS RE ADVANCE NOTIFICATION

1. Defendants are notified that On Monday March 8th 2010, at 9:00 AM, or as soon thereafter as the matter could be heard IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION CHAMBERS OF JUDGE JEREMY FOGEL 280 SOURTH FIRST STREET SAN JOSE, 95113, 408-535-5426, and Jose R. Carnero and Marta C. Carnero, plaintiffs, would move this court for an order in this action to approve a Temporary Restraining Order mentioned below as to restrain Defendants from selling, invading or trespassing, or soliciting the Plaintiffs' primary property located on 1558 Minnesota Ave, San Jose, CA. 95125-4445 as the pleading case No. C09-4696 JF (HRL) specifies. Jose R. Carnero or Marta C. Carnero declares:

2. On 03/04/2010 Plaintiffs called National Default Servicing Corporation (NDSC) Attn: Nichole K. Neff at 949-477-5050 at 7:38 A.M. left a message on voice mail. Application has been sent to fax 949-477-9200.

Case No.: C09-4696 JF (HRL) Carneros vs. EMC/Chase

3. On 03/04/2010 Plaintiffs called Chicago Title Company Attn: Edward A. Kunnes at 925-930-9550 at 7:40 A.M. left a message in voice mail. Application has been faxed to 925-930-9588.

4. On 03/04/2010 Plaintiffs called Randy Miguel at 408-216-7274 at 7:42 A.M. left a message on voice mail. Application has been faxed to the Randy's fax at 866-876-8514.

5. On 03/04/2010 Plaintiffs called Real Time Resolutions Attn: Christopher L Peterson at 858-750-7600 at 7:45 A.M. left a message on voice mail. Application has been faxed to fax number 619-590-1385.

6. On 03/04/2010 Plaintiffs called LUKE WEAVER, DOING BUSINESS AS WORLDWIDESAVERS.COM HOME LOANS mail box is full, at 310-878-6353 at 7:46 A.M. Application has been faxed to Customer Service attn: fax number 678-424-2500. Please Note that this defendant has never answer and he is violation of State and CA law. Marta C. Carnero - Pro Se, declare as follows:

7. On 03/04/2010 Plaintiffs called WORDLWIDESAVERS.COM HOME LOANS at 877-711-7900 at 7:48, 7:50 and 8:02 A.M. calls did not go thru try later. Application can not be faxed because a UNKNOWN fax number.

8. On 03/04/2010 Plaintiffs called NEW CENTURY MORTGAGE CORPORATION ATTN: Liquidation Trust - Monica Mc Carty at 949-517-1725, at 7:48 A.M. left a message on voice mail. Application has been faxed to Customer Service attn: fax number 949-517-4052

9. On 03/04/2010 Plaintiff, Marta C. Carnero called FIDELITY NATIONAL TITLE COMPANY ATTN: Suzette Z. Torres at 925-277-3246, at 7:56 A.M. left a message on voice mail. Application has been faxed to Customer Service attn: fax number 925-277-3591.

Case No.: C09-04696 JF (HRL) Carneros vs. EMC/Chase

10. On 03/04/2010 Plaintiff, Marta C. Carnero called HOMEQ/ DEUTSCHE/BARCLAYS NATIONAL TRUST COMPANY SERVICE COMPANY/ BARCLAYS CAPITAL REAL STATE INC ATTN: Josh Abel at 949-679-1214, at 8:05 A.M. left a message on voice mail. Application has been faxed to Customer Service attn: fax number 949-679-1112.

11. On 03/04/2010 Plaintiffs called TD SERVICE COMPANY ATTN: Attorney Richard S. Stone at 650-577-2333, at 7:52 A.M. left a message on voice mail. Application has been faxed to 650-577-2334.

12. On 03/04/2010 Plaintiffs called EMC Mortgage Corp. Attn: Shay Armstrong at 214-626-4844 at 9:00 A.M. left a voice message on voice mail. Application has been faxed to the Foreclosure Department at 214-626-4775.

13. On 03/04/2010 Plaintiffs called CHASE BANK at 614-422-3877 at 9:06 A.M. talked to Melissa , transferred to the mortgage department 9:07 A.M., but Plaintiffs were unsuccessful at 1-800-848-9136. Application has been faxed to the Foreclosure Department at 214-626-4775.

14. On 03/04/2010 Plaintiff called JPMORGAN CHASE BANK ATTN: S. Christopher Yoo at 714- 852-6800 at 9:34 A.M. left a message on voice mail. Application has been faxed to 714- 852-6899.

15. We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Jose R. Carnero* 03/04/10    *Marta C. Carnero* 3/04/10
Jose R. Carnero    Date    Marta C. Carnero    Date

**II. MEMORANDUM ON POINTS OF SUPPORT OF EX PARTE APPLICATION**

Case No.: C09-4696 JF (HRL) Carneros vs. EMC/Chase

1. On 02/25/2010, Plaintiffs spoke with Nichole Neff and simply asked who has given power to NDSC to sell the Plaintiffs property located on 1558 Minnesota Ave. San Jose California, 95125. The following is how she responded:
   a. She doesn't know that information
   b. That information is not available at this time.
   c. After Plaintiffs ask to call them back to get the information, she said: "that she might or might give us the information.
   d. As the conversation deteriorated she finally said that she was not authorized to give such information.
2. Therefore Nichole Neff is guilty of impeding justice because although some one has given power to NDSC to sell the Plaintiffs property, she failed to disclose who has interest on the Minnesota property which is important information after knowing that the Plaintiffs have the right to know specially after knowing that Plaintiffs are representing themselves, the lawyer of NSDC must disclose such important information. This is a violation of fair due process pursuant Federal Statue 472, because Defendants' are impeding due process.
3. EMC and/or Chase Bank and/or JPMorgan Chase Bank, and/or NDSC, and/or Fidelity, and/or Wells Fargo National Association are not good faith buyers; it was assigned the note secured by the deed of trust. Thus, one of them became the note holder. However, in order to even consider a property under a note of default or for any financial institution to even think of starting a foreclosure proceeding, the holder of the promissory in due course must show evidence of such entitlement. However they have failed to proof such entitlement.

**Case No.: C09-4696 JF (HRL)** Carneros vs. EMC/Chase

4. On 10/09/2010 apparently EMC and Wells Fargo have given power to NDSC to foreclose our property, see Exhibit V Transfer to New Wells Fargo Trustee through EMC as an attorney in fact.

5. Honorable Judge Jeremy Fogel, the Plaintiffs were never notified by US Certified mail at least 20 day of the Notice of Trustee's Sale is posted on the property and in a public place, of this or at least 14 days period to Trustee's Sale must be recorded in the County of Santa Clara Record.

6. Never found any posting of the trustee of sale on the Minnesota front door which is another violation. This posting should have happened 20 days before of the actual trustee sale.

7. Defendant NDSC failed to make the trustee sale 20 days record of the trustee sale in the Santa Clara County Public Records. Another violation pursuant to CACC 2924 F. (b)(1)

8. On 02/17/2010, To the Plaintiffs surprise the Plaintiffs found about the sale of the Minnesota property by a third party, See Exhibit E2 where GMAC asserts that a Notice of Trustee's Sale has been set for 03/10/2010.

9. On 02/23/2010, see Exhibit C2 which Marta Carnero found online in the NDSC Website.

10. Plaintiffs were never notified by US Certified mail at least 20 day of the Notice of Trustee's Sale is posted on the property and in a public place, of this or at least 14 days period to Sale date the Notice of Trustee's Sale must be recorded in the County of Santa Clara Record

11. Because the sale date was set for March 10th, 2010. The defendants EMC and/or Chase and/or JPMorgan, and/or NDSC, and/or Fidelity and/or Wells Fargo National Association have again miss serviced the Plaintiffs and they have jeopardize

Case No.: C09-04696 JF (HRL) Carneros vs. EMC/Chase

10 Fed Ex Parte TRO & PI - Minnesota 3/4/2010 10:17:49 AM             12-15

the tranquility of peace of mind during the winter holidays and so far this year, putting unnecessary emotional stress on the Plaintiffs which in term have put the Plaintiffs in a huge emotional loss.

12. The defendants shall be aware of the effects of Rescission on Creditor's Right to Foreclose as follows:
   a. Once notice of rescission is given, the lien on the consumer's home becomes void, taking away the creditor's foreclosure remedy, and its leverage. The homeowner is entitled to a return, or a credit against the balance of the debt, of all finance, interest, and other charges, such as closing costs and broker fees. Semar v. Platte Valley Federal Savings & Loan Ass'n, 791 F.2d 699 (9th Cir. 1986).
   b. The Plaintiffs have brought a suit in Federal District Court and State Court case no. 109CV154682 to enforce these rights. Plaintiffs moves this court to enjoin state non-judicial foreclosure proceedings during the pendency of a TILA rescission claim, and May, depending on the stage of the foreclosure, be able to enjoin judicial foreclosure proceedings as well
   c. Plaintiffs exercise the right that the Rescission can also be raised in state court in response to the foreclosure, as rescission is a complete defense to foreclosure on the property. Albano v. Norwest Fin. Haw., Inc., 244 F.3d 1061 (9th Cir. 2001).
   d. In addition, the creditor's failure to perform its TILA rescission obligations may be a separate TILA violation entitling the consumer to actual and statutory damages and attorney fees. Aquino v. Pub. Fin. Consumer Discount Co., 606 F. Supp. 504 (E.D.Pa. 1985), Shalita v. EquiCredit May

Case No.: C09-04696 JF (HRL) Carneros vs. EMC/Chase

10 Fed Ex Parte TRO & PI - Minnesota 3/4/2010 10:17:49 AM                    13-15

3rd, 2003, for Defendants for failing to honor rescission letters.

13. The loans are covered by the Home Ownership and Equity Protection ACT (HOEPA); the Plaintiffs are entitled to not only statutory damages and actual damages, but also special enhanced damages in the amount of all finance charges and fees paid by the consumer. 15 USC § 1640(a) (4). Plaintiffs demand that any this award to make a substantial reduction in the balance according to the real market value, Exhibit E2 and Exhibit F2. Defendants failed to make all of the disclosures required under TILA, 15 USC § 1635 and HOEPA, 15 USC § 1639, including but not limited to California Financial Code § 4970 et sea, Unfair Competition Act California Business and Professions Code § 17200, Among other things, the Notice of Right of Rescission prepared in connection with the loan, failure to give plaintiffs a copy of the executed loan documents.

14. The Plaintiffs are entitled to also recover damages for other TILA violations even when the transaction is canceled. The one-year statute of limitations for TILA damage claims runs from the date of the violation in the case of violations of the creditor's rescission obligations since the violation had occurred 20 days after the rescission letter was sent on April 21st 2009. See Whitley v. Rhodes, Case No. 93-19652-JNF.

## II. CONCLUSION

1. Honorable Judge Jeremy Fogel, Plaintiffs Jose R. Carnero and Marta C. Carnero are in danger in losing their primary property on 1558 Minnesota Ave., San Jose, California, 95125 on March 10th 2010 through an illegal and defective Trustee Sale in violation pursuant to California Civil Code 2934(a)

Case No.: C09-4696 JF (HRL) Carneros vs. EMC/Chase

10 Fed Ex Parte TRO & PI - Minnesota 3/4/2010 10:17:49 AM

14-15

(b) mandates the name of Beneficiary to appear on the recorded, and published, notice of sale, otherwise it is void and foreclosure is void. Plaintiffs expect that justice will be served to the Plaintiffs and that your honor will grant the TRO to the Plaintiffs since it is of most importance to stop the sale of the property located on 1558 Minnesota Avenue, San Jose, CA. 95125 on March 10th 2010; and since the Carneros would suffer immense irreparable damage if Plaintiffs loses their primary residence to the predatory lending abuses that these unscrupulous financial representatives and the lax government regulations have allowed. The damage will not only be to the Plaintiffs but to the general public.

2. We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Jose R. Carnero* 03/04/10      *Marta C. Carneo* 3/4/10
Jose R. Carnero         Date         Marta C. Carneo         Date

Case No.: C09-4696 JF (HRL) Carneros vs. EMC/Chase

**RECORDING REQUESTED BY:**
LPS Title Company - CA
**WHEN RECORDED MAIL TO:**
National Default Servicing Corporation
2525 East Camelback Road, Suite 200
Phoenix, AZ  85016

NDSC File No.   : 09-33331-FF-CA
Loan No.        : 0020712998

APN             : 429-50-032

## SUBSTITUTION OF TRUSTEE

WHEREAS, JOSE R. CARNERO AND MARTA CARNERO, HUSBAND AND WIFE AS JOINT TENANTS was the original Trustor(s), CHICAGO TITLE was the original Trustee and MERS-NOMINEE FOR BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION was the original Beneficiary under that certain Deed of Trust dated 06/22/2007 and recorded on 06/29/2007 as instrument No. 19488813 in Book, Page, of Official Records of SANTA CLARA County, State of CA and

WHEREAS, the undersigned is the present beneficiary under the said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

NOW, THEREFORE, the undersigned hereby substitutes **NATIONAL DEFAULT SERVICING CORPORATION, An Arizona Corporation, whose address is 2525 East Camelback Road, Suite 200, Phoenix, Arizona 85016**, as Trustee under said Deed of Trust.

Whenever the context hereof requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc. Trust 2007-AR4, Mortgage Pass-Through Certificates, Series 2007-AR-4 by EMC Mortgage Corporation as Attorney in Fact

Dated: 8/5/09

By: Greg Allen
Its: VP

STATE OF MN
COUNTY OF Dakota

Shoua Moua

On August 5, 2009, before me, _____, a Notary Public for said State, personally appeared Greg Allen who personally known to me (or who proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of ___MN___ that the foregoing is true and correct.

WITNESS my hand and official seal.

Signature _____

SHOUA MOUA
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2012

Exhibit V Page 1 of 1



**National Default Servicing Corporation**
7720 N. 16th Street, Suite 300, Phoenix, Arizona 85020
Telephone: 602-264-6101 | Facsimile: 602-264-6209

*This report is prepared as a courtesy only. It is not issued in lieu of forms of notice required by Statute (i.e. recording, posting, publishing and mailing), and in the event of any error or incompleteness does not impair the effectiveness of notices given by statutory methods. The information contained herein is believed to be accurate as of the time of viewing, but interested parties must attend the sale to obtain the most recent information of particular importance or to obtain updated information. Any listing here of a "possible postponement date" is an estimate of the action that will be taken at the time of sale as now scheduled, and is not a commitment to postpone. Until the actual date and time currently set for the sale, the beneficiary and trustee reserve the right to proceed to sale as scheduled, or to declare a postponement until some other date and/or location. Please note for efficiency/space purposes, we are only providing the street address of the property as a point of reference rather than the only controlling, binding description of the property, which is the legal description.*

Sale Start Date: 3/10/2010    Sale End Date: 3/26/2010    [ Search ]
Records per Page : 20    File # (blank for all): 09-33331    Files 1 - 1 (of 1 Total)

☒ Click Here For More Options

As of Wednesday, February 24, 2010 at 12:01 PM

« ‹ **1** › »

| Sale Date (previous) (projected) Sale Time Place of Sale | File # Property Address | Loan Date | Mortgage Co | Org Ln Amt Loan # | File Status Trustor County | Opening Bid Amount Max Bid Amount |
|---|---|---|---|---|---|---|
| | | | | | | Canceled |
| 3/10/2010 11:00 A.M. | 09-33331-FF-CA 1558 MINNESOTA AVENUE, SAN JOSE, CA 95125 | 6/22/2007 | Fidelity - EMC | $650,000.00 0020712998 | Trustee Sale CARNERO | |
| At the North Market Street entrance to the County Courthouse, 190 North Market Street, San Jose, CA | | | | | SANTA CLARA | |

*[handwritten notes:]*
James

Fax # 602-264-6209.

Becky. Rusinko.

Madson

Nichole_

Robin_

Exhibit C2     NDSC Fidelity – EMC Trustee's Sale     1 - 1



# URGENT NOTICE

RE: 15558 MINNESOTA AVE ½ T SAN JOSE 95125

RE: CARNERO MARTHAC& JOSER

I LOOK FORWARD TO SPEAKING WITH YOU DIRECTLY ABOUT YOUR FORECLOSURE ALTERNATIVES. PUBLIC RECORDS SHOW THAT YOUR HOME IS UP FOR AUCTION ON THE DATE STATED ABELOW:

03/10/2010 AT 11:00 AM AT THE SANTA CLARA COUNTY COURTHOUSE

YOU MUST TAKE IMMEDIATE ACTION TO CEASE FORECLOSURE PROCEEDINGS. I AM WILLING AND ABLE TO ASSIST YOU.

**Hours of operation:**

MONDAY-SATURDAY 8:00 AM TO 8:00PM.

Thank you for your time,

Luis Nava(Realtor) or Glafira Nava

(408)687-7640 or (408)628-9305

---

## SEÑORA, CARNERO MARTHA C & JOSE

NOS GUSTARIA PODER COMUNICARNOS CON USTED LO MAS PRONTO POSSIBLE. INFORMACION PUBLICA ENSEÑA QUE SU CASA SERA SUBASTADA EN LA FECHA SIGUIENTE:

03/10/2010 AT 11:00 AM EN LA CORTE DEL CONDADO DE SANTA CLARA.

ES IMPORTANTE QUE TOME ACCION IMEDIATAMENTE PARA INTENTAR PARAR LA EJECUCION HIPOTECARIA. ESTOY DISPUESTOS A AYUDARLE, LA LLAMADA ES GRATUITA Y SIN COMPROMISO.

**HORARIO DE TRABAJO:**

LUNES - SABADO 8:00AM TO 8:00 PM

Gracias por su tiempo,

Luis Nava(Realtor) or Glafira Nava

(408)687-7640 or (408)628-9305

INFORMATION DEEM RELIABLE BUT NOT GUARANTED. SELLER TO VERIFY ALL INFORMATION

E



**Coldwell Banker® Mortgage**
*We make home loans easy*
Call 888-308-6553 or click here
for rate info, FAQs and more

Buy   Sell   Contact   Learn   Personal Retriever   Video

- Home Buying Resources
- **Home Selling Resources**
- For Homeowners
- Mortgage Center
- Neighborhood Information
- Real Estate Glossary
- Home Value Estimator
- Housetrology Quiz
- YouTube Channel

## Live Market Watch

Live Market Watch     Interactive Map

The estimated value of this home is between $367,700 and $551,500.
Learn how this data is compiled >
For the best home value estimate, contact a sales associate >

| | |
|---|---|
| Address: | 1558 MINNESOTA AVE |
| City: | SAN JOSE |
| State: | CA |
| Zip/Postal Code: | 95125 |
| Confidence Level: | 7   What is this? |
| # of Comparable Properties: | 2 |
| Neighborhood Radius: | 0.741 miles |

Find Properties in this Area
Find an Office in this Area
Find a Sales Associate in this Area

Map   Print

**Modify your search**
- street: 1558 Minnesota A
- apt/unit #:
- city: San Jose
- state: CA
- zip: 95125
- display order: Location

Search

submit feedback

*According to the public records of this municipality. Public records may not accurately reflect the characteristics of the home.

This estimate is based on an analysis of 2 sales of similar homes that were registered in the public records during the past 12 months and are located within 0.741 miles of your home.

The models used to calculate the home value estimates do not constitute an appraisal of the subject property. They should not be relied upon in lieu of an appraisal or underwriting process. The value estimates are based upon data collected from public record sources.

Neighborhood content provided by Onboard Informatics © 2009, Onboard Informatics. Information deemed reliable but not guaranteed.

To get a more detailed, Comparable Market Analysis (CMA) of your home, click here to find a local Coldwell Banker ® Sales Associate.

sales associates | live market watch | recents sales | interactive map

Coldwell Banker Real Estate LLC will never sell or provide information to a third party without your prior consent. Click here to see our full Privacy Policy and Terms and Conditions of Use.

Concierge Home Services   International   Coldwell Banker Commercial®   About Us   Careers   Blog   Contact Us   Site Map   Terms & Conditions   Privacy Policy (modified 5.31.08)

Buy | Sell | Contact | Learn | Personal Retriever | Watch Real Estate Videos

Fair Housing   Fraud Alerts

© 2010 Coldwell Banker Real Estate LLC. Coldwell Banker® is a registered trademark licensed to Coldwell Banker Real Estate LLC. An Equal Opportunity Company. Equal Housing Opportunity. Each Office is Independently Owned and Operated.

Any use of the term "sales associate" or "sales agent" shall be replaced with the term "sales representative" in the Province of Ontario, Canada.

© 2010 Coldwell Banker Mortgage State Licensing

Real estate news from coldwellbanker.com  
Case5:09-cv-04696-JF Document19 Filed03/04/10 Page20 of 20  
Page 1 of 1

Exhibit F2 Real Market Value of Minnesota 022710   2 - 2

**Coldwell Banker® Mortgage**
*We make home loans easy*

Call 888-308-6558 or click here
for rate info, FAQs and more

Buy | Sell | Contact | Learn | Personal Retriever | Video

- Home Buying Resources
- Home Selling Resources
- For Homeowners
- Mortgage Center
- Neighborhood Information
- Real Estate Glossary
- Home Value Estimator
- Housetrology Quiz
- YouTube Channel

## Live Market Watch

Sales Associates | Live Market Watch | Recent Sales | Interactive Map

These listings show general neighborhood information, based on publicly available data. For a more accurate, personalized Comparable Marketing Analysis (CMA), click here to contact a Coldwell Banker® office.

Find Properties in this Area
Find an Office in this Area
Find a Sales Associate in this Area

**Modify your search**
- street: 1558 Minnesota A
- apt/unit #:
- city: San Jose
- state: CA
- zip: 95125
- display order: Location

Search

| Location[1] | Price[4] | Date | Beds | Baths | Sq Ft | Property Type | |
|---|---|---|---|---|---|---|---|
| 1471 Meridian Ave, SAN JOSE, CA 95125 | $327,971 | 12/09/2009 | 2 | 2 | 914 | Condo | Map |
| 1689 Dolores Dr, SAN JOSE, CA 95125 | $1,045,000 | 11/24/2009 | 3 | 3 | 2065 | Residential - Single Family | Map |
| 1555 Keesling Ave, SAN JOSE, CA 95125 | $780,000 | 11/24/2009 | 3 | 1 | 1510 | Residential - Single Family | Map |
| 1545 Minnesota Ave, SAN JOSE, CA 95125 | $434,000 | 11/23/2009 | 2 | 1 | 1455 | Residential - Single Family | Map |
| 1676 Dolores Dr, SAN JOSE, CA 95125 | $1,520,000 | 11/23/2009 | 4 | 4 | 3537 | Residential - Single Family | Map |
| 1320 Minnesota Ave, SAN JOSE, CA 95125 | $780,000 | 11/23/2009 | 3 | 2 | 1780 | Residential - Single Family | Map |
| 1580 Cherry Glen Way, SAN JOSE, CA 95125 | $912,500 | 11/19/2009 | 3 | 2 | 1732 | Residential - Single Family | Map |
| 1278 Camino Ramon, SAN JOSE, CA 95125 | $870,000 | 11/12/2009 | 3 | 1 | 2176 | Residential - Single Family | Map |
| 1038 Westwood Dr, SAN JOSE, CA 95125 | $1,080,000 | 10/26/2009 | 2 | 2 | 2500 | Residential - Single Family | Map |
| 1469 Meridian Ave, SAN JOSE, CA 95125 | $202,300 | 10/20/2009 | 1 | 1 | 914 | Condo | Map |

[1] If the address is unknown or if no information is available regarding a specific address, the most recent home sales will be selected based on zip code. Contact your local Coldwell Banker® office for more information.

[2] Specific data may not be available yet for new homes or developments in this area and estimates will NOT be displayed. Contact your local Coldwell Banker® office for more information.

Neighborhood content provided by Onboard Informatics © 2009. Onboard Informatics. Information deemed reliable but not guaranteed.

sales associates | live market watch | recents sales | interactive map

Coldwell Banker Real Estate LLC will never sell or provide information to a third party without your prior consent. Click here to see our full Privacy Policy and Terms and Conditions of Use.

Concierge Home Services | International | Coldwell Banker Commercial® | About Us | Careers | Blog | Contact Us | Site Map | Terms & Conditions | Privacy Policy (modified 5 31 08)

Buy | Sell | Contact | Learn | Personal Retriever | Watch Real Estate Videos

Fair Housing    Fraud Alerts

© 2010 Coldwell Banker Real Estate LLC. **Coldwell Banker®** is a registered trademark licensed to Coldwell Banker Real Estate LLC. An Equal Opportunity Company. Equal Housing Opportunity. Each Office is Independently Owned and Operated.

Any use of the term "sales associate" or "sales agent" shall be replaced with the term "sales representative" in the Province of Ontario, Canada.

© 2010 Coldwell Banker Mortgage State Licensing