# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, March 5, 2010     Time: 7 mins
**Case Number:** CV-09-4696-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     JOSE CARNERO, ET AL V.   EMC MORTGAGE CORP., ET AL

           **PLAINTIFF**                                   **DEFENDANT**

**Attorneys Present:** Marta Carnero, Pro se        **Attorneys Present:** Natalie Nguyen
                      Jose Carnero, Pro se

PROCEEDINGS:

   Hearing on Motion to Dismiss held.  Parties are present.   The motion is taken under submission.