PETER J. SALMON (SBN 174386)
CHRISTOPHER L. PETERSON (SBN 215069)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: cpeterson@piteduncan.com

**E-Filed 7/12/2010**

Attorneys for Defendant REAL TIME RESOLUTIONS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Jose R. Carnero and Marta C. Carnero,<br><br>Plaintiff,<br><br>v.<br><br>EMC Mortgage Corp (EMC), Chase Bank, National Default Servicing Corporation (NDSC), Chicago Title Company, Real Time Resolutions, INC., Randy Miguel doing business as Wire Financial, DOES 1-100, inclusive,<br><br>Defendant. | Case No. C09-04696 HRL<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT THE MOTION TO DISMISS<br><br>Hearing Date:  July 16, 2010<br>Hearing Time:  9:00 a.m.<br>Courtroom:     3 |

The Court, having reviewed the Motion for Leave to Appear by Telephone at the Case Management Conference of Defendant Capital One, N.A. in good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED that Defendant may appear telephonically at the Motion to Dismiss currently set to be heard on July 16, 2010 at 9:00 a.m. in courtroom #3 , by and through its counsel, Christopher L. Peterson, 619-326-2454. Counsel shall contact Court Call at 866-582-6878 in ADVANCE of the hearing to arrange for the telephonic appearance.

Dated: 7/12/2010

_____
Judge of the District Court

-1-
[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR VIA TELEPHONE 2085900.wpd